Teofilo MEDINA, Jr., Petitioner–
Appellant,

v.

Kevin CHAPPELL, Warden,
Respondent–Appellee.

Teofilo Medina, Jr., Petitioner–
Appellant,

v.

R.K. Wong, Respondent–Appellee.

Nos. 09–99015, 09–99016.

United States Court of Appeals,
Ninth Circuit.

April 16, 2015.

Robert Bruce Amidon, Esquire, Robert B. Amidon, A Law Corp., Tarzana, CA, Wayne Carson Tobin, I, Esquire, Law Office of Wayne C. Tobin, Newbury Park, CA, Mark Raymond Drozdowski, Esquire, Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Petitioner–Appellant.

Holly D. Wilkens, Esquire, Deputy Attorney General, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: SIDNEY R. THOMAS, Chief Judge, and KIM McLANE WARDLAW, and MARSHA S. BERZON, Circuit Judges.

**ORDER**

In light of Petitioner's death, we vacate the opinion filed March 26, 2015 as moot, and remand to the district court with instructions to dismiss the habeas petitions.

**IT IS SO ORDERED.**